## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

BARBARA BAUMAN, on behalf of herself and all others similarly situated,

    Plaintiff,

v.                                     Case No. 2:19-cv-11642- GAD-DRG

CREATIVE BIOSCIENCE LABORATORIES, LLC, and CREATIVE BIOSCIENCE, LLC

    Defendants.

_____/

### ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiff Barbara Bauman. The parties have reached an agreement and this case is dismissed without prejudice. That Stipulation is hereby **GRANTED AS REQUESTED**, and this matter is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: February 24, 2020          s/Gershwin A. Drain
                                               Hon. Gershwin A. Drain
                                               United States District Court Judge